**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
(817) 498-1362 FAX

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 24-43547-MXM |
| | CHAPTER 13 |
| WAEL SAMIR FALTS | JUDGE MARK X MULLIN |
| DEBTOR | Hearing Date: Thursday, December 19, 2024 at 8:30 AM |

### MOTION TO DISMISS WITH CERTIFICATION OF SERVICE AND NOTICE OF COURT HEARING THEREON
### (INELIGIBILITY)

Now comes Tim Truman, Standing Chapter 13 Trustee and files this motion pursuant to Section 1307(c) of the Bankruptcy Code and Bankruptcy Rule 9014, and would respectfully show unto the Court as follows: This case should be **DISMISSED** for the following cause:

1. Unsecured debt exceeds the allowable limit $465,275.00 pursuant to Section 109(e), and/or

2. Secured debt exceeds the allowable limit of $1,395,875.00 pursuant to Section 109(e).

**WHEREFORE**, your Trustee prays that after notice and hearing, this Chapter 13 case be **DISMISSED**.

/s/ Tim Truman

Tim Truman, Trustee/State Bar # 20258000

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
(817) 498-1362 FAX

**NOTICE OF COURT HEARING TO THE DEBTOR AND DEBTOR'S ATTORNEY OF RECORD:**

You are hereby notified of the filing of the foregoing Trustee's Motion to Dismiss with Certification of Service and Notice of Court Hearing Thereon. Any written objection or response to the proposed MOTION timely filed with the Court and not resolved will be heard by the Court at **8:30 AM, on Thursday, December 19, 2024, Room 128 U.S. Courthouse, 10th and Lamar St., Fort Worth, Texas**, or by WebEx at: **https://us-courts.webex.com/meet/Mullin, Meeting ID: 2310 650 8783 (for Telephone Dial-In 1-650-479-3207).**

**THE DEADLINE FOR FILING AN OBJECTION TO THE MOTION TO DISMISS IS ON OR BEFORE Nov 25, 2024. YOU DO NOT HAVE TO ATTEND THE COURT HEARING UNLESS YOU OPPOSE DISMISSAL OF THE CASE. ALL PAYMENTS DUE THROUGH THE DATE OF THE COURT HEARING MUST BE PAID CURRENT BY THE COURT HEARING DATE IN ORDER FOR THE TRUSTEE TO WITHDRAW THIS MOTION TO**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Trustee's "Motion to Dismiss with Certification of Service and Notice of Court Hearing Thereon" have been served on the parties listed below in the manner listed below on or before 10/30/2024.

/s/ Tim Truman

Tim Truman, Trustee/State Bar # 20258000

**BY FIRST CLASS MAIL:**
WAEL SAMIR FALTS, 19 WYCK HILL LN, ROANOKE, TX 76262-0000

**ELECTRONIC SERVICE:**
LEINART LAW FIRM, 10670 N CENTRAL EXPWY #320, DALLAS, TX 75231
MCCREARY VESELKA BRAGG & ALLEN, PO BOX 1269, ROUND ROCK, TX 78680
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207
AKERMAN, 2001 ROSS AVE #3600, DALLAS, TX 75201
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242