**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Falts, Wael Samir**                                                                 CASE NO 24-43547-MXM-13

                                                                                             CHAPTER **13**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     **10/29/2024**          Signature                              **/s/ Wael Samir Falts**
                                                                       Wael Samir Falts, Debtor

Amex
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998-1535

Amex
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

Navy Federal Credit Union
P O Box 3000
Merrifield, VA 22119-3000