| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 24-43547-mxm13<br>Northern District of Texas<br>Ft. Worth<br>Wed Nov  6 07:45:01 CST 2024 | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Camille Stecker<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | The County of Denton, Texas<br>McCreary Veselka Bragg & Allen, P.C.<br>c/o Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | (p)AMERICAN AIRLINES FEDERAL CREDIT UNION<br>P O BOX 619001<br>MD 2100<br>DFW AIRPORT TX 75261-9001 | Amex<br>Correspondence/Bankruptcy<br>PO Box 981535<br>El Paso, TX 79998-1535 |
| Amex<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355-0701 | Attorney General of Texas<br>Collections Div/Bankruptcy Sec<br>PO Box Box 12548<br>Austin, TX 78711-2548 | August Real Estate I<br>3960 Broadway Blvd.<br>Ste. 107<br>Garland, TX 75043-8339 |
| Baylor Scott & White<br>5252 W. University Drive<br>Mckinney, TX 75071-7822 | CAP Construction<br>c/o Guillermo Ramos<br>2704 Valley View Lane<br>Farmers Branch, TX 75234-4925 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chimefinal<br>Po Box 417<br>San Francisco, CA 94104-0417 | City Of Allen<br>305 Century Pkwy<br>Ste. 2<br>Farmers Branch, TX 75013-8042 |
| City of Allen<br>305 Century Pkwy. Ste. 2<br>Allen, TX 75013-8042 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Credence Resource Management LLC<br>4222 Trinity Mills Ste. 260<br>Dallas, TX 75287-7666 |
| Dallas County Tax Assessor/Collector<br>John R. Ames, CTA<br>PO Box 139066<br>Dallas, TX 75313-9066 | David Small Law<br>1949 Golden Heights Rd. Ste. 104<br>Fort Worth, TX 76177-7099 | Denton County<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 |
| Denton County Tax Accessor<br>PO Box 90223<br>Denton, TX 76202-5223 | Edward Bounds<br>8320 Oak Court<br>North Richland Hills, TX 76182-6011 | Internal Revenue Service<br>Centralized Insolvency Operations<br>Po Box 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV/Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Leinart Law Firm<br>10670 N Central Expy Ste 320<br>Dallas, TX 75231-2173 |
| Linebarger Goggan Blair & Sampson LLP<br>2777 N Stemmons Fwy Ste 1100<br>Dallas, TX 75207-2513 | Michael Bernstein<br>416 S. 3rd St.<br>Garland, TX 75040-6426 | Navy Federal Credit Union<br>P O Box 3000<br>Merrifield, VA 22119-3000 |

```
PenFed CU                         (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Quantum3 Group LLC as agent for
2930 Eisenhower Ave               PO BOX 41067                            CF Medical LLC
Alexandria, VA 22314-4557         NORFOLK VA 23541-1067                   PO Box 788
                                                                          Kirkland, WA  98083-0788


Resurgent Receivables, LLC        Synchrony Bank/Gap                      T-Mobile/T-Mobile USA
Resurgent Capital Services        Attn: Bankruptcy                        c/o American Infosource
PO Box 10587                      PO Box 965060                           PO Box 248848
Greenville, SC 29603-0587         Orlando, FL 32896-5060                  Oklahoma City, OK 73124-8848


TABC                              TEXAS WORKFORCE COMMISSION              Tarrant County Tax Assesor/Collector
Licenses and Permit Division      Collections & Civil Actions Dept.       PO Box 961018
PO Box 13127                      101 E 15th Street, Room 556             Fort Worth, TX 76161-0018
Austin, TX 78711-3127             Austin TX 78778-0001


Texas Health Resources            Texas Health Resources                  Texas Workforce Commission
by American InfoSource as agent   c/o Americfan Infosource                TEC Building-Bankruptcy
PO Box 4457                       PO Box 4457                             101 E 15th St RM 370
Houston, TX  77210-4457           Houston, TX 77210-4457                  Austin, TX 78778-0001


Thaddeus and Jennifer Coffindaffer  The County of Denton, Texas           Thomas and Christina Paver
204 Burghley Ave.                   McCreary, Veselka, Bragg & Allen, P.C. 14605 Gilley Lane
Saint Augustine, FL 32092-1002      c/o Julie Anne Parsons                Haslet, TX 76052-1179
                                    P.O. Box 1269
                                    Round Rock, Texas 78680-1269


United Revenue                    United States Attorney General          United States Trustee
204 Billings #120                 Department of Justice                   1100 Commerce Street
Arlington, TX 76010-2495          10 and Constitution, NW                 Room 976
                                  Washington, DC 20530-0001               Dallas, TX 75242-0996


United States Trustee             United States Trustee - Eastern         Wael Samir Falts
Rm 9C60 1100 Commerce St          110 N College Ave                       19 Wyck Hill Ln
Dallas, TX 75242-9998             Tyler, TX 75702-0204                    Roanoke, TX 76262-8501


ugust Real Estate I               Marcus B. Leinart                       Tim Truman
3960 Broadway Blvd. Ste. 107      Leinart Law Firm                        6851 N.E. Loop 820, Suite 300
Garland, TX 75043-8339            10670 N. Central Expressway             N Richland Hills, TX 76180-6608
                                  Suite 320
                                  Dallas, TX 75231-2173
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Airlines FCU             Comptroller of Public Accounts          Portfolio Recovery Associates
Attn: Bankruptcy                  Revenue Accounting/Bankruptcy Div       PO Box 12914
P.O. Box 619001 MD 2100           PO Box 13528                            Norfolk, VA 23541
DEW Airport, TX 75261-9001        Austin, TX 78711
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Thaddeus and Jennifer Coffindaffer, as tru

(d)Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o Camille Stecker
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

(d)Wael Samir Falts
19 Wyck Hill Ln
Roanoke, TX 76262-8501

End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56