



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 7, 2024**

**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WAEL SAMIR FALTS | § | CASE NO. 24-43547-MXM-13 |
| | § | |
| Debtor | § | CHAPTER 13 |

### ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(3)(B)

CAME ON BEFORE THE COURT, Debtor Motion to Extend Automatic Stay. The Court finds proper notice of the Motion and hearing was given according to the Federal and Local Rules of Bankruptcy Procedure, and the Court finds this case was filed in good faith. Based upon the Court's consideration of the pleading, the evidence submitted at the hearing, the argument of counsel and testimony of the Debtor, and for the reasons expressed on the record in open Court pursuant to Federal Rules of Civil Procedure 52, made applicable to contested matters in

Bankruptcy cases by Federal Rules of Bankruptcy Procedure 7052, the Court finds good cause exists to grant the Motion. It is, therefore

ORDERED the Automatic Stay shall remain intact beyond the thirty (30) day period as described in 11 U.S.C. § 362 (c) concerning all creditors scheduled in Debtor's Chapter 13 Plan.

IT IS FURTHER ORDERED THAT the Automatic Stay will remain in place until the case closes or until further order of the Court.

###End of Order###

**Submitted by:**
**/s/Marcus Leinart**
Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
10670 N. Central Exprwy, Ste 320
Dallas, TX 75231
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTOR