**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**Fax (817) 770-8511**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No: 24-43547-MXM** |
| **WAEL SAMIR FALTS** | **Court Hearing:** |
| | **Time & Date: 8:30 AM on** |
| **Debtor,** | **Thursday, December 19, 2024** |

**TRUSTEE'S OBJECTION TO CONFIRMATION**

**TO THE HONORABLE MARK X MULLIN, U.S. BANKRUPTCY JUDGE:**

Now comes Tim Truman, the Standing Chapter 13 Trustee, and files this his "Trustee's Objection to Confirmation" of the Plan heretofore filed herein by Debtor, and for the same would respectfully show the Court as follows:

Based on information provided by the Debtor, the Trustee is unable to determine if the Plan meets the requirements of 11 U.S.C. Section 1322 and 11 U.S.C. Section 1325.  In this regard the Trustee would show the following:

WAEL SAMIR FALTS did not appear for the Section 341 Meeting of Creditors that was to be conducted on 11/13/2024.  Until the financial affairs of the Debtor are examined, the Trustee is unable to recommend Confirmation of the Plan.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that said Plan not be confirmed unless and until it has been modified to cure all objections set forth hereinabove, and for general relief.

Respectfully submitted,

By:   /s/ Angela D. Allen
Tim Truman, Bar # 20258000
Standing Chapter 13 Trustee
Angela Allen, Bar # 007869700
Staff Attorney

24-43547-MXM     WAEL SAMIR FALTS

Trustee's Objection to Confirmation        Page 2

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing "Trustee's Objection to Confirmation" was served on all parties listed below in the manner listed below on or before November 15, 2024.

                              /s/ Angela D. Allen

                              Tim Truman, Angela Allen

**BY FIRST CLASS MAIL:**
WAEL SAMIR FALTS, 19 WYCK HILL LN, ROANOKE, TX 76262-0000
**BY ELECTRONIC SERVICE:**
LEINART LAW FIRM, 10670 N CENTRAL EXPWY #320, DALLAS, TX 75231
MCCREARY VESELKA BRAGG & ALLEN, PO BOX 1269, ROUND ROCK, TX 78680
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207
AKERMAN, 2001 ROSS AVE #3600, DALLAS, TX 75201
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242