**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**Fax (817) 770-8508**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § | CASE NO:24-43547-MXM |
| WAEL SAMIR FALTS § | Judge Mark X Mullin |
| § | |
| DEBTOR § | First Payment Date:   10/30/2024 |

### TRUSTEE'S SEVEN (7) DAY NOTICE OF INTENT TO CERTIFY
### CHAPTER 13 CASE FOR DISMISSAL
### (7 DAY NOI - NO SHOW AT 341 MEETING)

**Notice is HEREBY GIVEN** to the above named Debtor and to the Debtor's Attorney that on or after seven (7) days herefrom, the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s):

Debtor failed to attend the Section 341 Meeting of Creditors held on November 13, 2024.

**FAILURE TO CURE ANY AND ALL OF THE DEFICIENCIES NOTED ABOVE WITHIN SEVEN (7) DAYS HEREOF SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE.**

**DISMISSAL WITHOUT FURTHER NOTICE**. Pursuant to General Order 2023-04 Section 3 d-1, a Chapter 13 Petition may be dismissed without prejudice, after seven (7) days prior written notice to the Debtor and Debtor's counsel, and without further notice.  The clerk is authorized to enter an Order of Dismissal upon certification by the Trustee that:

d-1.  The Debtor failed to attend the Section 341 Meeting of Creditors as required by Section 343 of the Bankruptcy Code (the "Section 341 Meeting") or any continued Section 341 Meeting which the Trustee required the Debtor to attend, without the agreement of the Trustee to continue the Section 341 Meeting.

/s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000

Case Number: 24-43547-MXM                                                                WAEL SAMIR FALTS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Trustee's Seven (7) Day Notice of Intent to Certify Chapter 13 Case for Dismissal" was served on the parties listed below in the manner listed below on or before November 18, 2024.

**BY FIRST CLASS MAIL:**
WAEL SAMIR FALTS, 19 WYCK HILL LN, ROANOKE, TX 76262-0000

**ELECTRONIC SERVICE:**
LEINART LAW FIRM, 10670 N CENTRAL EXPWY #320, DALLAS, TX 75231
MCCREARY VESELKA BRAGG & ALLEN, PO BOX 1269, ROUND ROCK, TX 78680
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207
AKERMAN, 2001 ROSS AVE #3600, DALLAS, TX 75201
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

/s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000