**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:

**WAEL SAMIR FALTS**                                                                Case No. 24-43547-MXM

**DEBTOR(S),**

**REPORT OF ( CONCLUDED) SECTION 341 MEETING**
**AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION**

**Meeting Information:**   Meeting Date: December 11, 2024    Time: 1:30 pm
                           Original Date: November 13, 2024

1. Debtor(s) Appeared?   D1: **YES**
   ID Checked: **YES**
   SS Checked: **YES**

2. Debtor(s) attorney/paralegal appeared?  **YES**   Debtor(s) attorney\firm: **Richard Anderson**
   *representing* **LEINART LAW FIRM**

3. Creditors Appeared: **Laura Taveras** *representing* **Coffindaffer Living Trust**

4. **341 Meeting: CONCLUDED**

5. Payment Information:

   Current monthly payment per Plan:     **$10,000.00**    First Payment due:   **10/30/2024**
   $ rec'd as of 12/13/2024               **$10,000.00**    Length of Plan:      **58 months**
   Base Amount per Plan:                  **$814,000.00**

**Confirmation Issues:  REFER TO LEGAL: YES**

The tests for Confirmation have/have not been met, as follows:

**Y**  6. Disposable Income(monthly):    **$0.00**  x 36 ACP =  Unsecured Pool per Trustee:  **$0.00**

**Y**  7. Base Amount is sufficient.                UCP per Plan: **$0.00**

**N**  8. Debtor is Eligible (Unsecured & Priority under $419,275.00; Secured under $1,257,850.00.)

**Y**  9. Best Interest: Exemptions:  Federal: **YES**   State:

   Non-exempt Property Description and Equity in   **Rental Property - $316,166.54**
   each item:                                       **Add'l Equity in Rental Property - $507,000.00**
   Total Equity in non-exempt prop. $ **823,166.54** Total Non-Exempt Equity per Plan: **$316,166.54**

**Y** 11. Exemptions Proper:    If no, explain:

**N** 12. Feasibility: Surplus per I & J: **$10,950.00**

   _ Step   _ Balloon   _ Unemployed   **X** Negative Surplus/   **X** Projected Income   Other: **Need proof of rental**
                                         Insuff Surplus                                          **payments from**
                                                                                                 **estranged spouse.**

   Plan Payments:   Which Debtor   Start Date     Pmt Amt       Frequency   # of Periods
                    D1             10/30/2024     $10,000.00    MO          3
                    D1             01/30/2025     $10,000.00    MO          3
                    D1             04/30/2025     $14,500.00    MO          52

**Y** 13. Good Faith Petition and Plan:

   a. Plan Payment at least 90 % I minus J $ **$9,855.00**

   b. Plan **does not** contain non-standard language.

   c. Other: **Debtor owns a home worth 1.4M and purchased $1.8m home in 23. Tax Returns did not reflect sufficie**

**N/A** 14. Domestic Support Obligation: Debtor testified that all post-petition DSO have been paid.

**Y** 15. Debtor testified that previous 4 years tax returns have been
       filed with the IRS. If no, year(s) not filed:

   Year(s) not provided to Trustee's office:

| | | |
|---|---|---|
| Debtor(s): | WAEL SAMIR FALTS | Page 2 |
| Case No. | 24-43547-MXM | |

**N**  16. Business Case Meeting Required?

**Y**  17. Debtor Attorney Fees meet Guidelines.

By:  /s/ Angela Allen
Angela Allen
Presiding Officer

---

18. <u>Legal Department Notes</u>:  Trustee recommends confirmation based on the above representations except:

Objection to be Filed?:  **YES**

Objection Type:  **UD - Specific**
**FEAS - Specific**
**BICT**
**INELG - S**

By:  <u>Angela Allen</u>
Attorney for Trustee / Trustee