NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984
Email: clayton@norredlaw.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **In re:** | |
| **Wael Samir Falts** | Case No. 24-43547-mxm13 |
| 19 Wyck Hill Ln. | |
| Roanoke, TX 76262 | Chapter 13 |
| SSN: xxx-xx-6876 | |
| **Debtor**, | |

## NOTICE OF HEARING

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a hearing on the Debtor's *Motion to Convert Chapter 13 Case to Chapter 11 Subchapter V Case* under U.S.C. § 1307(D) [Dkt. 44] has been set for **Monday, February 10, 2025, at 9:30a.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Judge, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102, via WebEx, information below:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2310-650-8783

DATE: January 16, 2025.   Respectfully submitted:

By: /s/ Clayton L. Everett
Clayton L. Everett, State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St., Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system and/or by first class mail to the following:

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

Tim Truman
Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
N. Richland Hills, TX 76180

*Attorneys for Thaddeus Coffindaffer and Jennifer Coffindaffer, as Trustees of the Coffindaffer Joint Revocable Living Trust dated July 10, 2014:*

Edward Espinosa
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
eduardo.espinosa@akerman.com

Laura Taveras
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
laura.taveras@akerman.com

/s/ Clayton L. Everett
Clayton L. Everett