

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 7, 2025**

**United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**In re:**

**Wael Samir Falts**
19 Wyck Hill Ln.
Roanoke, TX 76262
SSN: xxx-xx-6876

      **Debtor**,

Case No. 24-43547-mxm13

Chapter 13

## ORDER GRANTING MOTION TO CONTINUE HEARING ON MOTION FOR CONVERSION

On February 5, 2025, there came on for consideration before this Court, the *Motion to Continue Hearing on Motion for Conversion* [Dkt. 54] ("Motion"), filed by the Debtor Wael Samir Falts ("Debtor") due to a medical necessity.

The Court, having reviewed the pleadings herein, orders that the Motion is GRANTED, and it is therefore

**ORDERED** that the hearing on the Motion for Conversion be continued to **Tuesday, February 18, 2025, at 9:30a.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Judge, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102, via WebEx, information below:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2310-650-8783

# # # End Of Order # # #

Approved as to form:

/s/ Clayton L. Everett

Clayton L. Everett, State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St., Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686