



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 19, 2025**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-43547-MXM13 |
| WAEL SAMIR FALTS, | § | |
| | § | CHAPTER 13 |
| DEBTOR. | § | |
| | § | |

## ORDER DENYING MOTION TO CONVERT CASE TO CHAPTER 11
*[Relates to ECF No. 44]*

Before the Court is the *Motion to Convert Chapter 13 Case to Chapter 11 Subchapter V Case and Extend Time* (the "***Motion***")[1] filed by Mr. Wael Samir Falts ("***Mr. Falts***") in the above-captioned bankruptcy case. The Court has considered the Motion, the Objection,[2] the exhibits admitted into evidence, the testimony of Mr. Falts, and the arguments of counsel.

---

[1] ECF No. 44.
[2] *Objection to Motion to Convert and Objection to Motion to Extend Deadlines*, ECF No. 51 (the "***Objection***").

1

After due deliberation the Court stated and recorded in open court its Findings of Fact and Conclusions of Law required under Fed. R. Civ. P. 52, which is incorporated by Fed. R. Bankr. P. 7052 and 9014. Pursuant to the Court's Findings of Fact and Conclusions of Law, which are incorporated herein by reference, the Court finds and concludes that the Motion should be denied. It is, therefore,

**ORDERED** that the Motion is ***DENIED***.

**### END OF ORDER ###**